Bobby Scott # 130688
Name and Prisoner/Booking Number

ASPC Geo, Kingman, Huachuca
Place of Confinement

PO Box 6639
Mailing Address

Kingman, Arizona, 86402
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

| FILED | LODGED |
|---|---|
| RECEIVED | COPY |

AUG 2 6 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Bobby Scott
(Full Name of Plaintiff)                    ,

                Plaintiff,

v.

(1) Geo                            ,
(Full Name of Defendant)

(2) Dr. Richardson                 ,

(3) NP. Lucero                     ,

(4) HSA Amber Puckett              ,

                Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

**CASE NO.** 22-08129 PCT-JAT (JFM)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☑ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.    This Court has jurisdiction over this action pursuant to:
      ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
      ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
      ☐ Other: _____.

2.    Institution/city where violation occurred: Geo Kingman _____

**550/555**

(5) ADON Kimberly Grassi

1-A

## B.  DEFENDANTS

1.  Name of first Defendant: _Geo_                   . The first Defendant is employed
as: _Corporation_                   at _ASPC Geo Kingman, Huachuca._
    (Position and Title)                      (Institution)

2.  Name of second Defendant: _Dr. Richardson_     . The second Defendant is employed as:
as: _Doctor_                   at _ASPC Geo Kingman, Huachuca._
    (Position and Title)                      (Institution)

3.  Name of third Defendant: _NP Lucero_              . The third Defendant is employed
as: _Nurse Practitioner_                   at _ASPC Geo Kingman, Huachuca._
    (Position and Title)                      (Institution)

4.  Name of fourth Defendant: _HSA Amber Puckett_ . The fourth Defendant is employed
as: _Health Service Administrator_     at _ASPC Geo Kingman, Huachuca._
    (Position and Title)                      (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?     ☑ Yes        ☐ No

2.  If yes, how many lawsuits have you filed? _21_     . Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: _Scott_                v. _Delando_
        2.  Court and case number: _97-0717_                   .
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
            _Dismissed after trial_                   .

    b.  Second prior lawsuit:
        1.  Parties: _Scott_                v. _Rogers_
        2.  Court and case number: _? (97-0575)_                   .
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
            _Dismissed after summary judgment_             .

    c.  Third prior lawsuit:
        1.  Parties: _?_                v. _?_
        2.  Court and case number: _____.
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## B. Defendants

5. ADON Kimberly Grassi. Assistant Director of Nursing. ASPC Kingman Huachuca.

## C. Previous Lawsuits

I do not have all of the information on each suit. It has been 25 years for nearly all of them. The 21st suit, Scott v Stewart, CV 05-0715 TUC FRZ was dismissed noting that I have 3 strikes. This case however meets the 3 strike exemption because it is for being denied medical care, which places me in imminent danger. My application for Forma Pauperis has been granted.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: 8th Amendment, Cruel & Unusual Punishment

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

This issue is for doing nothing to diagnose or treat my skin cancer, which has probably spread as a result. Approximately 2½ years ago I was sent to a skin cancer clinic that froze off the skin cancer on the upper left side of my neck. It came back and approximately 6 months later, (2 years ago) a clinic in Kingman froze it off again. This clinic scheduled me for a followup in 6 months to surgically remove and biopsy the skin cancer if it came back again. I never got that followup.
It did come back. Approximately 6 months later, (1½ years ago) during an exam with Dr. Richardson I told him it came back and asked to get that follow up. He denied me that appointment, instead said that he was scheduling a biopsy. I never got the biopsy.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

The deliberate indifference to medical needs violated my rights and constituted Cruel & Unusual Punishment under the 8th Amendment of the U.S. Constitution.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

The skin cancer began swelling so May 3, 2022 I submitted a Health Needs Request (HNR), requesting to have the clinic visit re-scheduled, (Exhibit A). Nothing was being done so May 12 I submitted an Informal (IR) Resolution. On May 19 I saw NP Lucero on the skin cancer HNR. She examined me and found the missed clinic visit in my medical file. She told me that she would get with Dr. Richardson and call me back. I was never called back for that. In late May when I had a visit with Lucero on my diverticulitis, I asked her if she checked with Dr. Richardson. She told me, "we are waiting on the results." This indicated she hadn't checked on it because, it was never tested.

Also, during this visit Lucero went over the results of a routine Complete Blood Count (CBC), blood test I took. It said my white blood cell count was HIGH. She told it doesn't mean anything and did nothing. It does mean something, (Exhibit B).

The IR I filed May 12 was never answered so June 3rd I submitted a Formal Grievance (FG), (Exhibit C). Three days

3-A

later Case Managers Gleason and Thacker told me medical assured them that if I refiled the IR they would promptly address the issue. So, June 6 I refiled it (Exhibit D). It wasn't responded to either. So, June 27 I filed a FG requesting the appointment (late), and "a full cancer screening to insure it hasn't spread elsewhere," (Exhibit E). On July 13 I submitted another HNR on the skin cancer asking if I was scheduled for removal and requesting ointment, (Exhibit F). When I saw the nurse he told me there are ointments but they are specific to a type of skin cancer and until a biopsy is done to determine type, they wont know what ointment to give me.

On July 18 I received a response to the FG from K. Grassi, it was dated July 11. It stated I was scheduled to see the provider, (Exhibit G). Being told I'd see the provider again did not resolve the issue so July 19 I filed a Grievance Appeal (GA) to the director requesting any appointment to remove and test the skin cancer, "to see if it spread," (Exhibit H). On July 19 I also put in a HNR for left ear and neck pain (Ex. I).

3-B

On July 20 I went to medical on Dr. Line 1, which is Dr. Richardson. While I was receiving a pre-examination by RN LaBlanc A. Puckett grabbed my file from LaBlanc and took it into the back office. Approximately 45 minutes later Richardson went into the office and came out with my file and examined me for the skin cancer. This time he said it was just "Actnic Keratoses," and that I dont need a biopsy. This was a complete 180° from 1½ years earlier when he order a biopsy that I never got. Something changed. My skin cancer changed, for the worse. This was odd. He also examined the left lymph nodes in my neck, by my ear, for the July 19 HNR. He told me that the lymph nodes are swollen. I told him that maybe they are connected with the skin cancer.

On July 21, the next day, I received a response to the GA from A. Puckett stating, "[t]here was not a diagnosis of skin cancer but rather Actinic Keratoses," (Exhibit J). This ended all of my available administrative remedies.

Each defendant was deliberately indifferent.

Doctor Richardson is an educated, trained, experienced, professional. He is versed in the proper methods to diagnose and treat cancer. Skin cancer could be many types. It could be the type that resulted from other cancer, or the type that originated in the skin and spreads elsewhere, (Exhibit K). A biopsy determines the type and if it is "benign or malignant," (Exhibit L). A biopsy "is the standard method for diagnosing cancer," (Exhibit M). If treatment of cancer is to be successful, "diagnosis must be made at an early stage," (Exhibit N). Cancer can't be left unattended, it "may progress from benign to malignant." It can metastasize which "usually lead[s] to the death of the host," (Exhibit O). Yet Dr. Richardson denied me the clinic appointment for biopsy and removal. He refused to give me the biopsy he supposedly ordered. He has not and will not give me any tests or treatment.

Nurse Practitioner Lucero is an educated, trained, experienced, professional. She is versed in the proper methods of diagnosing and treating cancer. Skin cancer could be many types. It could be caused from or

3-D

the cause of cancer somewhere else, (Exhibit K). A biopsy discovers the type and if it's spreadable, (Exhibit L). Cancer is diagnosed with a biopsy, (Exhibit M). Successful treatment requires an early diagnosis, (Exhibit N). Blood test results "are a major source of the information needed for diagnosis and treatment of disease," (Exhibit P). Cancer can progress to "metastasis," spreading "through the bloodstream or lymphatic system ... usually lead[ing] to the death of the host," (Exhibit O). Yet NP Lucero declined to give me the clinic visit for a biopsy and removal. Ignored the CBC results and refused me any tests or treatments.

Assistant Director of Nursing Kimberly Grassi was tasked to investigate and resolve my Formal Grievance for the skin cancer. The FG was basically for medical refusing me a scheduled clinic visit and doing nothing for my worsening skin cancer. In it I requested a clinic visit and full cancer screening "to insure it hasn't spread elsewhere," (Exhibit E). ADON Grassi had authority to do that, yet she didn't. Instead she refered me to the same providers that were cause for the FG, (Exhibit G).

HSA A. Puckett was assigned my GA for the skin cancer. In it I requested "a visit to a skin cancer clinic for removal & testing," (Exhibit H). Her response was "[t]here was not a diagnosis of skin cancer but rather Actinic Keratoses," (Exhibit J). There was no diagnosis, cancer is diagnosed with a biopsy, (Exhibit M). "Every diagnosis of cancer attempts to identify the type ··· tendency to spread and particular set of tissues or organs to which it is likely to spread." A biopsy reveals the way it "will behave or respond to treatment," (Exhibit L). Puckett had the power to correct medical's mistreatment and ensure that I received needed testing and care. Instead she did nothing and ended administrative remedies.

Geo owns and operates the medical here. They have a contract with ADC assuming responsibility and agreeing to abide by the policies in the Health Service Technical Manuel, (HSTM). Geo also institutes their own concealed policy, (Exhibit Q) points to that. They instituted an order to limit clinic visits. I have spoken with many inmates who were prevented from going to their scheduled clinic

visits since Geo took over medical. I've
attached a few of their accounts which
indicate this order/policy and reveal a
custom. This order is partly why I was
never sent to a clinic since Geo took over.
———— Specific conduct-specific injury————
    Dr. Richardson's conduct of refusal to dia-
gnose or treat my skin cancer and ignoring
possibility of spread, resulted in skin cancer
to remain, worsen, and spread undiagnosed.
    NP Lucero's conduct of refusing to test
or treat the skin cancer, ignoring positive
blood test results, resulted in skin cancer
to remain, worsen, and spread undiagnosed.
    ADON K. Grassi's conduct of ignoring pos-
sibly spreading skin cancer, refusal to correct,
not ordering removal and testing resulted in
skin cancer to remain and spread untested.
    HSA A. Puckett's conduct of ignoring wor-
sening skin cancer, refusal to correct by
sending me for removal and testing resulted
in skin cancer to remain and spread untested.
    Geo's conduct of making a policy to limit
clinic visits resulted in me not being sent
out, causing the skin cancer to remain, wor-
sen and spread undiagnosed.
3-G

## COUNT II

1. State the constitutional or other federal civil right that was violated: 8th Amendment, Cruel & Unusual Punishment .

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities        ☐ Mail              ☐ Access to the court      ☑ Medical care
   ☐ Disciplinary proceedings ☐ Property          ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   This issue is for not testing or treating my swollen lymph nodes which is a symptom of cancer or lymphoma and probably caused from the skin cancer in Count 1. On July 21, 2022 I submitted a HNR (mistakenly dated 7-22-22), requesting a biopsy for the swollen lymph nodes, which are located directly behind the skin cancer on the upper left side of my neck, that Dr. Richardson noticed during the July 20 exam, (Exhibit S). It was responded to by LPN D. Pennel stating that Dr. Richardson concluded it was TMJ "Not Swollen Lymph Nodes," (ibid). This indicates Dr. Richardson noted in my file giving me Naproxine for TMJ.
   July 22 making sure medical knew there was a problem with my lymph nodes, I submitted a Medical IR, (Exhibit T). I requested medical to find out why my lymph nodes are swollen and rule out lymphoma, (ibid).
   July 25 attempting to get medical attention for the swollen lymph nodes, I submitted another HNR, (Exhibit U). In it I noted pain and requested diagnosis and treatment, (ibid).

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   The deliberate indifference to medical needs violated my rights and constituted Cruel & Unusual Punishment under the 8th Amendment of the U.S. Constitution.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                              ☑ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?                          ☑ Yes   ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?                 ☑ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____

Later in July Dr. Richardson evaluated me for COPD. He asked me during that visit if my lymph nodes were still swollen. I told him yes. He didn't treat the lymph nodes, just the COPD. He ordered a chest x-ray.

July 28 I received a response to the IR from K. Grassi, it was dated July 27. It stated that I am scheduled to see the provider, (Exhibit V). A promise to see the provider who isn't doing anything did not resolve the issue so July 29 I submitted a FG. In it I explained that I've had swollen lymph nodes that are worsening. I also pointed out my white blood cell count was High and the two symptoms could mean "cancer, lymphoma, an infection or even an immune problem etc." I requested a biopsy, a check for other things & treatment for whatever it is," (Exhibit W).

In early August I found information in the library alerting me that the skin cancer may have spread to the lymph nodes or visa versa and either could spread else-where, (Exhibit K, Exhibit L @ ←).

4-A

August 4th I received a pass for Doctors Line I, which is Dr. Richardson for the swollen lymph nodes. The visit was canceled.

August 9th I received a response to the FG from A. Puckett stating that I am scheduled to see the provider, (Exhibit X). Another promise to see the provider did not resolve the issue, so August 10 I submitted a GA to the Director. In it I stated that I have swollen lymph nodes, possibly related to the skin cancer. I pointed out my High white blood cell count discovered in the CBC. I requested "a biopsy to rule out cancer or lymphoma & test to see what it is & TX for what it is," (Exhibit Y).

Each defendant was deliberately indifferent.

Dr. Richardson is an educated, trained, experienced medical professional. He is well versed in the symptoms, tests and treatments of cancer. Swollen lymph nodes could mean lymphoma, which is cancer of the lymph nodes, (Exhibit Z). Swollen lymph nodes in the same location as skin cancer could indicate spread, (Exhibit L ↔). "If your doctor suspects that cancer may be present, because of signs

4-B

or symptoms... a biopsy may be done," (ibid→). A biopsy" is the standard method for diagnosing cancer," (Exhibit M). "If treatment of cancer is to be successful, in most cases diagnosis must be made at an early stage," (Exhibit N). Cancer can metastasize" and usually lead[s] to the death of the host," (Exhibit O). Dr. Richardson discovered my swollen lymph nodes July 20. I mentioned this in the subsequent HNRs. I told him they were still swollen in late July. The IR response states "[Y]ou have been scheduled to see the provider," (Exhibit V). The Doctors Line I pass verifies he is the provider the issue was scheduled with. The FG response states "[Y]our appointment with the provider is still scheduled," (Exhibit X). Dr. Richardson is assigned to care for my swollen lymph nodes. Yet, he has done literally nothing to diagnose or treat me. As of August 18___, he hasn't even called me in.

N.P. Lucero is an educated, trained, experienced medical professional. She is well versed in the symptoms, tests, and treatments of cancer. Blood tests" are a major source of the information needed for

4-C

diagnosis and treatment of disease,"
(Exhibit P). Lymphoma "[c]an be initally
diagnosed by a CBC (complete blood count)
blood test," (Exhibit B). "If your doctor sus-
pects that cancer may be present, because
of ... a cancer screening procedure, a biopsy
may be done," (Exhibit L→). A biopsy is "stand-
ard" for "diagnosing cancer," (Exhibit M).
Successful treatment of cancer usually req-
uires an early diagnosis, (Exhibit Lx, Ex-
hibit N). Cancer can metastasis spreading
"through the bloodstream or lymphatic
system," (Exhibit O). In late May N.P. Lucero
was assigned to evaluate the results of
my CBC, which indicated a High white blood
cell count, and to respond to those results.
This test could've been the first indication
for what is troubling my lymph nodes and
is a warning sign to any medical profes-
sional. Yet she didn't make a referal, order
further tests or any treatment and did
nothing.

The medical grievance process is to give
medical administrative action to a prob-
lem with the provider's care. The medical
administrator assigned to a grievance has

4-D

ability to take corrective action. My IR went to K. Grassi. I requested to "rule out Lymphoma," (Exhibit T). She responded "scheduled to see the provider," (Exhibit V). As of August 18*, I haven't seen the provider. She didn't order tests and did nothing.

My FG went to A. Puckett thus she had ability to take corrective action. I requested a "diagnosis" a "test for cancer" a "biopsy" and "treatment for whatever it is," (Exhibit W). She responded "[Y]our appointment with the provider is still scheduled," (Exhibit X). As of August 18*, I still haven't seen the provider. She did not do what I asked at all and literally did nothing.

Geo owns and operates the medical here. They have a contract with ADOC accepting responsibility and agreeing to follow the medical policies in the HSTM. They also make their own policies. Geo instituted orders to limit clinical visits. I can't get that policy until discovery. But, I enclosed a few accounts that point to this order and reveal a custom, (Exhibit R). This is partly why I can't get my lymph nodes tested or treated. —(*August 18 Dr. Richardson called it TMJ)

4-E

## Specific Conduct/Specific Injury

Dr. Richardson's conduct of ignoring symptoms of cancer/lymphoma, not diagnosing or treating swollen lymph nodes caused them to remain to eventually metastasize spreading cancer throughout my body.

NP. Lucero's conduct of ignoring symptoms of cancer/lymphoma, not responding to the positive CBC result by administering or ordering further tests caused symptoms of cancer that require tests to remain to metastasize to possibly spread cancer throughout my body.

ADON K. Grassi's conduct of ignoring problems with medical, symptoms of cancer/lymphoma, and pleas for tests/treatment. Not taking corrective action caused cancer symptoms to remain untested to eventually metastasize.

HSA A. Puckett's conduct of ignoring problems with health care, symptoms of cancer/lymphoma, and pleas for tests/treatment. Not taking corrective action caused symptoms of cancer to remain undiagnosed so it can metastasize.

Geo's conduct of ordering to limit clinic visits caused cancer symptoms of swollen lymph nodes to remain untested/treated so it can metastasize and spread.

4-F

## COUNT III

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Count III.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    ☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☐ Retaliation
    ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                      ☐ Yes      ☐ No
    b.  Did you submit a request for administrative relief on Count III?                      ☐ Yes      ☐ No
    c.  Did you appeal your request for relief on Count III to the highest level?             ☐ Yes      ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

A preliminary and permanent injunction ordering defendants to send me to a clinic for a biopsy of the skin cancer and lymph nodes to see if type that spreads, if so, test the areas they're likely to spread to. Compliance with any removals, treatments, medications, and appointments the clinic dictates. Compensation damages of $250K against each defend-ant, jointly and severally. Punitive damages of $100K against each defendant. Plaintiff's costs in this suit. A jury trial on all issues triable, by a jury.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  August 18, 2022
DATE

Bobby Scott
SIGNATURE OF PLAINTIFF

_____

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____

(Signature of attorney, if any)

_____

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.   If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6