# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

Bobby Joe Scott,
Plaintiff
-vs-
GEO Corporation, et al.,
Defendants.

CV-22-8129-PCT-JAT (JFM)

**Order**

**NOTICE - WARNING TO PLAINTIFF** - Defendants have filed a Motion to Enforce Case Resolution (Doc. 24). That motion to dismiss seeks to have your case dismissed. The motion will, if granted, end your case. Plaintiff is advised of the following specific provisions of Local Civil Rule 7.2, Rules of Practice of the United States District Court for the District of Arizona:

> **(e) Length of Motions and Memoranda.** Unless otherwise permitted by the Court, a motion including its supporting memorandum, and the response including its supporting memorandum, each shall not exceed seventeen (17) pages, exclusive of attachments and any required statement of facts. Unless otherwise permitted by the Court, a reply including its supporting memorandum shall not exceed eleven (11) pages, exclusive of attachments. Attachments shall exclude materials extraneous to genuine issues of material fact or law.
> * * *
> **(i) Briefs or Memoranda of Law; Effect of Non-Compliance.** If a motion does not conform in all substantial respects with the requirements of this Local Rule, or if the unrepresented party or counsel does not serve and file the required answering memoranda, or if the unrepresented party or counsel fails to appear at the time and place assigned for oral argument, such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily.

You must timely respond to all motions. The Court may, in its discretion, treat your failure to respond to the Motion as a consent to the granting of that Motion without further notice, and judgment may be entered dismissing this action without prejudice pursuant to

Rule 7.2(i) of the Local Rules of Civil Procedure.  *See Brydges v. Lewis,* 18 F.3d 651 (9th Cir. 1994) (*per curiam*).

The Court observes that the extension of time for an answer under Fed. R. Civ. P. 12(a)(4) only applies to motions under Rule 12.  The Court has not yet resolved whether this motion properly arises under Rule 12 or another rule.  To avoid confusion, the Court will *sua sponte* extend the time for an answer or other response to the complaint.

**IT IS THEREFORE ORDERED**:

(A) Plaintiff has through **January 31, 2023** to respond to Defendants' Motion to Enforce Case Resolution (Doc. 24).

(B) Defendants have seven days from service of the response to file a reply.

(C) The Motion will be deemed ready for decision without oral argument on the day following the date set for filing a reply unless otherwise ordered by the Court.

(D) Defendants have 14 days from the resolution of the Motion (Doc. 24) to answer or otherwise respond to the First Amended Complaint (Doc. 11).

Dated: January 17, 2023

22-8129o Order 23 01 12 re Sched on MTD.docx

James F. Metcalf
United States Magistrate Judge