# GRASSO
## LAW FIRM

2250 East Germann Road, Suite 10
Chandler, Arizona 85286
(480) 739-1200

Pari K. Scroggin, Bar No. 015288
pscroggin@grassolawfirm.com
   Attorneys for GEO Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Bobby Scott,<br><br>            Plaintiff,<br><br>vs.<br><br>The GEO Corp., et al.,<br><br>            Defendants. | Case No. 3:22-cv-08129-JAT-JFM<br><br>**GEO DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** |

Pursuant to the Court's Order [Doc. 28], GEO Defendants (Dr. Richardson, Kimberly Grassi, Amy Lucero, and Amber Puckett, collectively "GEO Defendants"), by and through undersigned counsel, admit, deny and allege, as follows:

## **JURISDICTION**

1. Answering the allegations of Plaintiff's First Amended Complaint [Doc. 11 and hereinafter "Amended Complaint"], Defendants state this Court has subject jurisdiction pursuant to 28 U.S.C. § 1343(a) and 42 U.S.C.§ 1983, and further state that the alleged events occurred while Plaintiff was an inmate at the Kingman Prison – Huachuca Unit of the Arizona State Prison Complex operated by The GEO Group, Inc. and Defendants admit at the pertinent times alleged by Plaintiff, they were employed by The GEO Group, Inc.; to the extent there are deemed any allegations against Defendants stated in the Jurisdiction Section (or any sub-parts thereto), they are denied.

## **COUNT ONE**

2. Answering the allegations of Count I of Plaintiff's First Amended Complaint Defendants deny any allegations stated in Count One and the sub-parts thereto.

## COUNT TWO

3. Answering the allegations of Count II of Plaintiff's First Amended Complaint, Defendants deny any allegations stated in Count Two and the sub-parts thereto.

## PRAYER FOR RELIEF

1. Answering the section of Plaintiff's First Amended Complaint seeking damages, Defendants deny that Plaintiff is entitled to his prayer for relief.

## AFFIRMATIVE DEFENSES

1. Defendants affirmatively allege Plaintiff's First Amended Complaint fails to state a claim upon which relief may be granted, in whole or in part.

2. Defendants allege Plaintiff failed to mitigate his damages.

3. Defendants allege accord and satisfaction.

4. Defendants allege waiver of Plaintiff's claims.

5. Defendants allege Plaintiff may have failed to exhaust administrative remedies as are available; and therefore, his claims are barred by 42 U.S.C. § 1997e(a) whether denominated as an affirmative defense, subject matter jurisdiction, quasi-jurisdictional, abatement or a condition precedent.

6. Defendants allege Plaintiff suffered no injury within the meaning of the Prison Litigation Reform Act ("PLRA") and failure to allege the requisite injury to support mental or emotional distress damages as required under 42 U.S.C. § 1997e(e).

7. Defendants affirmatively allege the defense of comparative negligence and comparative fault or the negligence of others, whether named or unnamed, and whether they are a party or non-party to this lawsuit.

8. Defendants allege Plaintiff has failed to raise a proper constitutional claim of interest.

9. At all times alleged, Defendants acted reasonably and professionally and pursuant to legitimate penological interests and in compliance with all constitutional provisions.

10. Defendants allege the defense of qualified immunity and affirmatively raises the defense of Eleventh Amendment Immunity.

11. Defendants allege that Plaintiff's Amended Complaint may be barred by the "three strikes" provision of the PLRA.

12. Defendants allege the position stated in its Motion to Enforce [Doc. 24] as though fully stated by this reference herein.

13. Defendants allege all of the defenses available under Rule 8(c), Fed. R. Civ. P., as they may apply.

## JURY TRIAL DEMAND

Defendants Moore demands a trial by jury on all triable issues.

WHEREFORE, Defendants pray that this Court:

a) Dismiss Plaintiff's Amended Complaint in its entirety against Defendants and enter judgment in favor of said Defendants;

b) Award Defendants their reasonable attorneys' fees;

c) Award Defendants their taxable costs; and

d) Award Defendants such other and further relief, at law and equity, to which Defendants may be entitled, and that this Court may deem just and proper.

RESPECTFULLY SUBMITTED this 5th day of June, 2023.

**GRASSO LAW FIRM, P.C.**

By  */s/ Pari K. Scroggin*
Pari K. Scroggin
2250 East Germann Road, Suite 10
Chandler, Arizona 85286
  Attorney for GEO Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of June, 2023, I electronically filed the foregoing document with the United States District Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing (and by mailing a copy by first class "LEGAL" mail) to the following CM/ECF registrant:

Bobby Scott #130688
ASPC GEO Kingman, Huachuca
PO Box 6639
Kingman, Arizona 86402
  Plaintiff Pro per

By: */s/ A. Shomar-Esparza*