**GRASSO**
—Law Firm—
2250 East Germann Road, Suite 10
Chandler, Arizona 85286
(480) 739-1200

Pari K. Scroggin, Bar No. 015288
pscroggin@grassolawfirm.com
Attorneys for GEO Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Bobby Scott,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>The GEO Corp., et al.,<br><br>　　　　　　　Defendants. | Case No. 3:22-cv-08129-JAT-JFM<br><br>**DEFENDANTS' CASE MANAGEMENT REPORT** |

Pursuant to the Court's Order [Doc. 30], GEO Defendants (Dr. Richardson, Kimberly Grassi, Amy Lucero, and Amber Puckett, collectively "GEO Defendants"), by and through undersigned counsel, submit the following Individual Case Management Report:

**I.    NATURE OF CASE:**

Plaintiff has filed suit alleging 28 U.S.C. §1983 and violation of his Eighth Amendment related to his medical treatment while incarcerated at Kingman Prison (where he is currently incarcerated) which is operated by a private entity, The GEO Group, Inc. ("GEO") for the State of Arizona Department of Corrections Rehabilitation and Reentry ("ADCRR"). The GEO Defendants provided medical services or medical administrative services at Kingman Prison. Prior to January 1, 2020, GEO provided only correctional services at Kingman Prison. GEO did not provide any medical or mental health care or services for ADCRR, and those services were contracted with ADCRR through other service providers and not GEO or its medical personnel. After January 1, 2020, medical

services were provided by GEO (and its personnel) pursuant to ADCRR Department Orders (policy).

Prior to the GEO Defendants' Answer (Doc. 29), Plaintiff acknowledged the basis for his Complaint (as stated in Doc. 1), were resolved but Plaintiff will not agree to dismiss the current action. It is unclear what issues are in dispute at this time.

## II. **JURISDICTION:**

This Court has jurisdiction for 28 U.S.C. §1983 claims.

## III. **PARTIES:**

The only parties in this action are Plaintiff and GEO Defendants. To the extent Plaintiff alleges policy violations or actions by those other than GEO Defendants, those entities or individuals are not currently parties.

## IV. **RELATED CASES:**

Defendants are unaware of any related cases.

## V. **DISCLOSURES:**

Defendants do not propose any changes in the disclosure requirements set forth by the Court and will comply with the Court's stated requirement and deadlines.

## VI. **DISCOVERY:**

- STRUCTURE: Discovery for liability and damages can be conducted at the same time.
- LIMITS: No revisions proposed and presumptive limits for prisoner pro se litigation should apply.
- OTHER: None expected.

## VII. **TRIAL:**

GEO Defendants have timely demanded a trial by jury. If the trial proceeds, it is anticipated that this trial will last no more than three (3) days. The assessment would change if other parties are brought into the lawsuit.

///

**VIII. OTHER ISSUES:**

No issues besides typical prisoner pro se litigation is anticipated.

**IX. SCHEDULE:**

None by Defendants.

RESPECTFULLY SUBMITTED this 27th day of June 2023.

**GRASSO LAW FIRM, P.C.**

By  /s/Pari K. Scroggin
Pari K. Scroggin
2250 East Germann Road, Suite 10
Chandler, Arizona 85286
Attorney for GEO Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that on the 27th day of June 2023, I electronically filed the foregoing document with the United States District Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing (and by mailing a copy by first class "LEGAL" mail) to the following, who is not a registered participant of the CM/ECF System:

Bobby Scott #130688
ASPC GEO Kingman, Huachuca
PO Box 6639
Kingman, Arizona 86402
  Plaintiff Pro per


By: /s/J. Garcia