**GRASSO LAW FIRM**
2250 East Germann Road, Suite 10
Chandler, Arizona 85286
(480) 739-1200

Pari K. Scroggin, Bar No. 015288
pscroggin@grassolawfirm.com
Attorneys for GEO Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Bobby Scott, | Case No. 3:22-cv-08129-JAT-JFM |
| Plaintiff, | |
| vs. | **NOTICE OF CASE RESOLUTION** |
| The GEO Corp., et al., | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that the parties have reached a resolution of all claims in the above-referenced case. A Stipulation to Dismiss Action with Prejudice will be filed once the same has been executed.

RESPECTFULLY SUBMITTED this 9th day of October 2023.

**GRASSO LAW FIRM, P.C.**

By    /s/Pari K. Scroggin
Pari K. Scroggin
2250 East Germann Road, Suite 10
Chandler, Arizona 85286
Attorney for GEO Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of October 2023, I electronically filed the foregoing document with the United States District Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing (and by mailing a copy by first class "LEGAL" mail) to the following, who is not a registered participant of the CM/ECF System:

Bobby Scott #130688
ASPC GEO Kingman, Huachuca
PO Box 6639
Kingman, Arizona 86402
  Plaintiff Pro per


By: /s/ E. Glover