# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Bobby Joe Scott,<br>Plaintiff<br>-vs-<br>GEO Corporation, et al.,<br>Defendants. | CV-22-8129-PCT-JAT (JFM)<br><br>**Order** |

On October 9, 2023, Defendants filed a Notice of Settlement (Doc. 39), indicating the resolution of all claims.

**IT IS THEREFORE ORDERED** that on or before **November 9, 2023**, the parties must file either: (1) a stipulation to dismiss this action; or (2) a response to this Order showing cause why this case should not be dismissed for failure to prosecute.

Dated: October 23, 2023

James F. Metcalf
United States Magistrate Judge

22-8129o Order 23 10 10 re DL for StipDism.docx

- 1 -