**GRASSO**
—LAW FIRM—
2250 East Germann Road, Suite 10
Chandler, Arizona 85286
(480) 739-1200

Pari K. Scroggin, Bar No. 015288
pscroggin@grassolawfirm.com
Attorneys for GEO Defendants

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Bobby Scott, | Case No. 3:22-cv-08129-JAT-JFM |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS ACTION, WITH PREJUDICE** |
| The GEO Corp., et al., | |
| Defendants. | |

The parties, by and through their respective undersigned counsel, stipulate and agree to the dismissal of all claims that were raised or could have been raised in the above-entitled action, with prejudice, the parties to bear their respective costs and attorneys' fees. For the Court's convenience, a proposed Order Dismissing Action, With Prejudice, is lodged herewith.

RESPECTFULLY SUBMITTED this 7th day of December 2023.

**PLAINTIFF PRO PER**

By  _/s/ Bobby Scott_
Bobby Scott #130688
ASPC GEO Kingman, Huachuca
PO Box 6639
Kingman, Arizona 86402
Plaintiff Pro per

**GRASSO LAW FIRM, P.C.**

By _____
Pari K. Scroggin
2250 East Germann Road, Suite 10
Chandler, Arizona 85286
   Attorney for GEO Defendants

## CERTIFICATE OF SERVICE

    I hereby certify that on this 7th day of December 2023, I electronically filed the foregoing document with the United States District Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing (and by mailing a copy by first class "LEGAL" mail) to the following, who is not a registered participant of the CM/ECF System:

Bobby Scott #130688
ASPC GEO Kingman, Huachuca
PO Box 6639
Kingman, Arizona 86402
   Plaintiff Pro per


By: /s/ E.Glover