# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Bobby Scott,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>The GEO Corp., et al.,<br><br>　　　　Defendants. | Case No. CV 22-8129-PCT-JAT (JFM)<br><br>**ORDER DISMISSING ACTION,<br>WITH PREJUDICE** |

Upon Stipulation of all remaining parties (Doc. 43), and good cause appearing:

**IT IS ORDERED** withdrawing the reference to the Magistrate Judge as to this entire case.

**IT IS FURTHER ORDERED** dismissing all claims in the above-entitled action, with prejudice, the parties to bear their respective costs and attorneys' fees. The Clerk of the Court shall enter judgment accordingly.

Dated this 8th day of December, 2023.

James A. Teilborg
Senior United States District Judge