**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Bobby Joe Scott,<br><br>     Plaintiff,<br><br>v.<br><br>GEO Corporation, et al.,<br><br>     Defendants. | NO. CV-22-08129-PCT-JAT (JFM)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Joint Stipulation of Dismissal with Prejudice, that this case is dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

Debra D. Lucas<br>District Court Executive/Clerk of Court

December 8, 2023

s/ D. Draper<br>By   Deputy Clerk